UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13<br>BANKRUPTCY NO. 26-01670-lmj13 |
| NANETTE J. EICKHOLDT, | |
| Debtor. | TRUSTEE'S MOTION TO DISMISS<br>PURSUANT TO 11 U.S.C. §§521(a)(1) and 521(i) |

COMES NOW the Chapter 13 Trustee and states to the Court:

1. The debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code on September 14, 2026.

2. As of November 2, 2026, the debtor has failed to comply with the requirements of 11 U.S.C. §521(a)(1) and the Order Regarding Duties of Debtor(s) and Notice Regarding Failure to Abide by This Order, entered September 14, 2026, at docket #2. Debtor has not filed Schedules D, E/F, G, H, or the Statement of Financial Affairs.

3. October 29, 2026, was the 45th day since the filing of this case. The debtor's failure to comply with the duties to file and provide the documents set out above requires that this case be automatically dismissed, effective on the 46th day of filing and/or not later than seven (7) days after this request.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this case pursuant to 11 U.S.C. §521(i) without further notice and hearing.

DATED: November 2, 2026

/s/ Carol F. Dunbar______________
Carol F. Dunbar, AT002211
Chapter 13 Trustee
2616 Orchard Drive, Ste. B
Cedar Falls, IA 50613
Telephone: (319) 260-2282

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S MOTION TO DISMISS was served upon the following parties at the addresses indicated:

Mary R. Jensen
Acting United States Trustee
210 Walnut Street, Room 793
Des Moines, IA 50309

Nanette J. Eickholdt
640 main St.
McCallsburg, IA 50154

Robb Goedicke
Attorney at Law
1601 West Lakes Pkwy, Ste 210
West Des Moines, IA 50266

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope addressed to each such person with postage fully paid, and by depositing said envelope in the United States Postal Service depository. I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 2, 2026

/s/ Michelle Weber